UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

UNITED STATES OF AMERICA,

-against-

WILLIS LLERAS

Defendant.

----------------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED:** 1/28/20

19 CR 116 (KMW)

SENTENCING
SCHEDULING ORDER

KIMBA M. WOOD, District Judge

The Defendant is scheduled to be sentenced on May 6, 2020 at 11:00 a.m.

The Presentence Investigation Report is due to the Court on April 22, 2020.

Any sentencing submissions by Defendant must be made by April 24, 2020, and must state

specifically whether Defendant contests any fact in the Presentence Report, and whether Defendant contests

the appropriateness of the Probation Officer's Sentencing Recommendation.

Defense counsel must arrange for the presentence interview to occur within 14 days of the defendant's

guilty plea. The Government must submit a statement of facts to Probation within 14 days of the defendant's

guilty plea. The Government must submit its 5K1.1 letter, if applicable, 14 days before sentencing. All

counsel must review the Court's Individual Rules before submitting sentencing memoranda.

Probation should contact Chambers if they experience difficulty scheduling the presentence interview

or if the PSR will not be completed in a timely fashion.

Any response or other submission from the Government is due April 29, 2020.

SO ORDERED

Dated: New York, New York
       January 27, 2020

                                        KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE