USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
:
UNITED STATES OF AMERICA     :     ORDER
:
- v. -                       :     19 Cr. 116 (KMW)
:
Willis Lleras,               :
:
            Defendant.       :
:
------------------------------X

WHEREAS, with the consent of the defendant, WILLIS LLERAS, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on January 17, 2020; and

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York

1-27-20

THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK