UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

WILLIS LLERAS,

                     Defendant.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/30/20_____
```

19-CR-116 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Wednesday, May 6, 2020, is adjourned to July 9, 2020, at 12:00 p.m.

      SO ORDERED.

Dated: New York, New York
      April 30, 2020

                                                   /s/ Kimba M. Wood /
                                                  KIMBA M. WOOD
                                       United States District Judge