# DOAR RIECK KALEY & MACK
## ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
JOHN F. KALEY
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JAMES J. WASSERMAN
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

June 23, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/20

**VIA ECF Filing**
Hon. Kimba M. Wood
United States District Judge
500 Pearl Street
New York, New York 10007

Re:   *United States v. Willis Lleras*
      Docket No. 19 Cr. 116 (KMW)

Dear Judge Wood:

I represent Willis Lleras in the above-referenced matter. Sentencing of Mr. Lleras presently is scheduled for July 9, 2020. I write now with the consent of ASUA Michael Krouse to request that sentencing be adjourned to September, 2020 on a date convenient for the Court. The reason for this request is the current restrictions on in-court proceedings due to the Covid-19 virus.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

/s/

John F. Kaley

cc: AUSA Michael Krouse
    USPO Simone Belgrave
    (both via ECF and email)

*Handwritten annotation:* Sentencing is adjourned to September 17, 2020, at 11:00 a.m. Defendant's submission is due by September 3. Government response is due by September 10.

*Signature:* Kimba M. Wood  6/24/20

SO ORDERED