RECEIVED SEP 0 2 2020 CHAMBERS OF KIMBA M. WOOD U.S.D.J.-S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/20

# DOAR RIECK KALEY & MACK
## ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
JOHN F. KALEY
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JAMES J. WASSERMAN
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

September 1, 2020

**MEMO ENDORSED**

**VIA ECF Filing**
Hon. Kimba M. Wood
United States District Judge
500 Pearl Street
New York, New York 10007

Re:  *United States v. Willis Lleras*
     Docket No. 19 Cr. 116 (KMW)

Dear Judge Wood:

I represent Willis Lleras in the above-referenced matter. Sentencing of Mr. Lleras presently is scheduled for September 17, 2020. I write now with the consent of AUSA Michael Krouse to request that sentencing be adjourned to early November, 2020 on a date convenient for the Court. The reason for this request is the current restrictions on in-court proceedings due to the Covid-19 virus and the defendant's continuing health issues and risks.

Thank you for Your Honor's consideration of this request.

*Sentencing is adjourned to November 9, 2020, at 11:00 a.m.*

Respectfully submitted,

/s/

John F. Kaley

cc: AUSA Michael Krouse
    USPO Simone Belgrave
    (both via ECF and email)

SO ORDERED: N.Y., N.Y.  9/3/20

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.