```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/21
```

# DOAR RIECK KALEY & MACK
### ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

January 6, 2021

**VIA ECF Filing**
Hon. Kimba M. Wood
United States District Judge
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Willis Lleras*
    Docket No. 19 Cr. 116 (KMW)

Dear Judge Wood:

I represent Willis Lleras in the above-referenced matter. Sentencing of Mr. Lleras presently is scheduled for January 21, 2021. I write now with the consent of AUSA Michael Krouse to request that sentencing be adjourned to March, 2021 on a date convenient for the Court. The reasons for this request are the current restrictions on in-court proceedings due to the Covid-19 virus and the defendant's continuing health issues and risks.

Thank you for Your Honor's consideration of this request.

*[Handwritten endorsement:] Sentencing is adjourned to March 30, 2021, at 11:00 a.m. Defendants submission is due by March 16. Government submission is due by March 23.*

Respectfully submitted,

/s/

John F. Kaley

cc: AUSA Michael Krouse
    USPO Simone Belgrave
    (both via ECF and email)

SO ORDERED: N.Y., N.Y. 1/11/21

*/s/ Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.